**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

JILL RENEE WALSH                                                        PLAINTIFF

vs.                                                          Civil Action No. 4:07-cv-156 HTW-LRA

MICHAEL J. ASTRUE,
Commissioner of Social Security                                    DEFENDANT

## **FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that plaintiff's motion for summary judgment is denied, and the motion for an order affirming the Commissioner is granted. The above-styled and numbered cause is dismissed.

**SO ORDERED AND ADJUDGED, this the 30th day of March, 2009.**

                                       **s/ HENRY T. WINGATE
                                       CHIEF UNITED STATES DISTRICT JUDGE**